AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT. - N.D. OF N.Y.

FILED

MAR 1 8 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | |
| **WESLEY THURBER,** | ) | Case No. 1:26mj58 DJS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of February 2026 through March 17, 2026 in the county of Washington in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement |

This criminal complaint is based on these facts:
See attached affidavit

☐     Continued on the attached sheet.

_____
*Complainant's signature*

SA Michelle Royal, FBI
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    March 18, 2026
_____

_____
*Judge's signature*

City and State:    Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
*Printed name and title*

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

MAR 1 8 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

1:26mJ58 DJS

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, **Michelle Royal**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I respectfully make this affidavit in support of a criminal complaint charging Wesley Thurber ("THURBER"), aged 32, of Cambridge, New York, with using a facility of interstate commerce to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice and coerce, an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since August 2016, and am presently assigned to the Albany Child Exploitation Task Force (the "Task Force"). My duties include the enforcement of federal criminal statues prohibiting the sexual exploitation of children, including Title 18, United States Code, Sections 2251 through 2259, the Sexual Exploitation of Children Act ("SECA"); and Title 18, United States Code, Sections 2421 et seq., the Mann Act. I have participated in numerous investigations involving the sexual exploitation of children and the distribution, receipt, and possession of child pornography. In connection with those investigations and related prosecutions, I have conducted searches of premises and gathered evidence, including electronic evidence, pursuant to search warrants. I have received training regarding the investigation of child exploitation offenses and have gained expertise in these types of investigations through training in classes and seminars, and through my daily work related to conducting these types of investigations and assisting in the prosecutions of these offenses. I have been involved in numerous child pornography investigations and am

1

familiar with the tactics used by individuals who collect and distribute child pornographic material. As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs and videos depicting children (less than eighteen years of age) being sexually exploited by adults. I have also participated in the execution of multiple search warrants relating to child pornography offenses, including search warrants for electronic devices, and have effectively used the results of the searches in connection with the prosecution of offenders.

3.     I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).  As an FBI Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors, specifically those involving the exploitation of a minor for sexual purposes in violation of Title 18, United States Code, Section 2422(b).

4.     The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officials and on my experience and training as a Special Agent with the FBI.  As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that THURBER has violated Title 18, United States Code, Section 2422(b).

2

**PROBABLE CAUSE**

5.    On March 10, 2026, a 13-year-old girl ("V-1") and her mother contacted the New York State Police ("NYSP") regarding inappropriate text messages that THURBER had sent to V-1. V-1 and her mother explained that THURBER has known V-1 for approximately eight years. THURBER lives approximately 30 minutes away from V-1. In summer 2025, THURBER began messaging V-1 on TikTok about once every month. Approximately one month ago, THURBER began to message V-1 every day through Tik Tok.

        a.    For instance, on February 20, 2026, THURBER told V-1, "I'm sorry if I'm sounding obsessive. If I'm being weird tell ME and I will stop, but I do still want to talk to you if that makes sense." He wrote, "I love watching your videos honestly..hence why I give all of your videos a Like." As the conversation progressed, THURBER told V-1, "You know how to catch my attention without even trying," "God damn girl your Stunning," and "I'm not going to ask for Personal pictures if you know what I mean..because I'm not a pedophile and like what we talked about the other day, I don't want to put You through that because of Me."

6.    V-1 and her mother further stated that about three weeks earlier, V-1 sent THURBER a message at 1:00 a.m. to tell him that she believed she had seen something in the cemetery behind her house. THURBER responded that he was in the area and would check it out. Then, he drove by V-1's house nine times over the course of five minutes.

7.    Approximately two weeks before the interview, V-1 was riding a horse along the road when she saw THURBER's car. When V-1 got to the end of the road, THURBER pulled up

3

next to her and said, "Hey [V-1], how's everything going? Are you all right?" V-1 was confused because THURBER had just sent her a message asking how she was doing.

8. A few days later, THURBER messaged V-1 that he had videos on his "for you" page that reminded him of V-1. THURBER sent V-1 a video in which a girl says, in essence, "When he calls me his good girl and I have to act like it didn't turn me on." THURBER attached a text message to the video that stated, "Forgive me if that was too much, I'm just a guy." V-1 asked THURBER why that video made him think of her. He responded, "Honestly because when I look at you and see how beautiful you are, you make me weak. I don't know how you feel about me saying that to you and I don't want to loose you." THURBER continued to send V-1 messages apologizing and asking if they could continue messaging. V-1 did not respond and showed the messages to her parents.

9. The NYSP contacted the FBI and on March 12, 2026, an undercover officer (UC) from the FBI assumed V-1's online identity to continue messaging with THURBER. THURBER messaged the UC, "I apologize if I was being too much before, I will work on that. I know actions speak louder than words, so I will promise you that I will work on that...and if there's one thing that I want you to know about Me, is I never make a promise I can't keep. And if I can't keep a promise, I will straight up tell You I can't promise this or that so..I hope to hear from you soon." THURBER and the UC continued to exchange messages through March 17, 2025, including the following:

10. After the UC, purporting to be V-1, told THURBER that she was "hating it here more and more," THUBER and the UC had the following exchange:

4

THURBER:    I can come pick you up so you can get away for awhile..but please forgive me if that sounds fucked up, it's not my intention at all to be a creep..I'm just throwing the offer out there

UC:    Oh wow. Would you really do that for me? I would like that and it's not creepy or fucked up. I can't tonight tho.

THURBER:    Yes I really would do that for you [V-1], I'm at [convenience store] right now waiting for you

UC:    Get away like go somewhere? Would it be safe?

UC:    I can't tonight.

THURBER:    Yes go somewhere, and Yes it will be safe [V-1]..I'm not going to touch you or pressure you or make you feel uncomfortable at all, I will promise you that

UC:    No I'm sorry didn't mean to make you feel bad. I meant safe that no one would know.

UC:    I know you'd never pressure me

THURBER:    Yes correct, no one will know. I got you [V-1] just like you got me.

UC:    OK. That makes me feel better. And if I get uncomfortable about stuff we can stop right?

THURBER:    I got you [V-1], and yes of course…I'm serious, you just need to communicate with Me and let m know and I will stop..I need you to trust Me when I say I'm not going to force myself on You, like I have told you before..I'm not going to ask for personal pictures of You, I said I was never going to do that and I still haven't done it…remember that. That's just an example of how I can back up what I'm telling you [V-1]. I'm sorry if that's fucked up.

11.    THURBER continued, "Yes [V-1] you can trust me and I will be good to you.. I will promise that, but I need you to promise Me that I know we all have rough days and I'm far from perfect..can You promise Me that You will have my back no matter what? Please [V-1]...I know I'm not perfect but if You can do that for me..I'd appreciate it, and Yes if you say Stop I will stop."

12.     When the UC told THURBER, "I'm trying not to be nervous because I've never done anything like this but I trust you," THURBER responded, "I know [V-1], but the only way I can prove that I got you is to prove it..so saying that, I want to see you at some point tonight..preferably sooner rather than later. I'm lucky enough to have your trust, so I'm going to give you mine [V-1]..I just need to prove it to you." The UC responded, "I can't tonight. You're making me feel uncomfortable now." THURBER answered, "Okay no worries, I will stop.. thank you for letting me know."

13.     The UC and THURBER discussed meeting on March 16, 2026 and the UC told THURBER, "If we meet it's gotta be safe for me and they can't know. Id get in trouble. Can I ask you something and you not get mad? Like promise?" THURBER responded, "Okay no worries, yes I know [V-1]..I will make sure you are safe, I have a plan for whenever you're ready..and yes ask Me, I will promise I won't get mad..just please don't let my reaction discourage you depending on what it is, but I will promise not to get mad. I'm an easy going guy and I'm an open book so, ask away. Like I said [V-1], I got you."

14.     The UC asked, "What is your plan tho? Please be honest about what we are gonna do or where. Ok? Please? I need to feel safe and really know before I ask my question." THURBER answered, "What I'm going to do [V-1] is come pick you up..and have conversations with you about anything and everything, and I will test the waters of what you feel comfortable with and we will go from there," and "I got you [V-1], so what's your question?" The UC responded, "Would we be doing like stuff? Cuz I've never done anything really before. I'm embarrassed to even tell you. Please be honest with me if that's what we might do or you wanna do." THURBER answered, "[V-1] don't be embarrassed to tell Me..the only way I would do stuff

6

like that with You is if you were curious about how it felt, otherwise No..I'm not going to force myself onto You like that, I am only going to do what you're comfortable with..and this is not going to be a one and done thing, like I have said earlier [V-1]..I made a promise and I'm going to keep it, I'm lucky enough to have your trust and you for having my back so..I'm going at your pace, because I will be completely honest with you [V-1]..I want your first time to be worth it and not a mistake, and if that's with me great but if not that's okay too..trust me when I say that, I will never judge You. But like I said I'm not pressuring you into this."

15.     The UC told THURBER, "I wanted my first time to be sorta special. I'm nervous about it. Like does it hurt and stuff. Sorry if tmi." THURBER responded, "No no, your fine [V-1]..I will say this, the first time can either be a special experience or a mistake..it all depends on the person, but with You..I will make it feel special, because I will take the lead and I will go super slow because it's going to hit you like a ton of bricks the first time..that's the best way I can describe it."

16.     As they continued to exchange messages, on March 13, 2026, THURBER asked the UC, "How soon do you want to experience this?? Or are you not sure yet? I just don't want to make you feel uncomfortable again, I'm only asking because I'm still around Hartford but,,if I'm being too much just tell me." THURBER continued, regarding V-1's parents, "Are they asleep yet or are they still awake?? Or is tonight a definite No?" "I know spots, don't worry," "I'm on [Redacted] Road if that makes you feel any better, but if I'm making you feel uncomfortable again tell me and I will stop." The UC responded, "Yea. Don't come here. They'll see you. Please don't. Not tonight. Im getting freaked out." The UC continued, "I'll only do it when they are at work. They're gone all day Tuesday," meaning March 17, 2026.

7

17. THURBER responded, "So do you want to plan on Tuesday unless if something changes or?" The UC confirmed, "Yea id like that. As long as we're safe" "I'm nervous but lil excited." Then, THURBER told the UC, "Oh and just so you're aware, I'm going to be deleting this conversation so there's no paper trail..but I will still talk to You [V-1], it might just not be so quickly to respond..but I got you."

18. On March 16, 2026, THURBER asked the UC, "I take it tomorrow is still the best day to hang out?? We don't have to if you don' t want to, I don't want to make you feel uncomfortable..seriously." The UC confirmed that "they", meaning V-1's parents, "work from like nine until nine" and stated, "You don't make me feel uncomfortable, I mean, like I'm a little nervous tbh. But I trust you." THURBER told the UC, "I appreciate You having my back because I don't want to go to jail and I don't want to mess up your future so..we will figure this out."

19. THURBER and the UC discussed locations where they could meet. THURBER told the UC, "If we do this, we are going to go really slow and feel it out and go from there..do you want to meet at [convenience store]? The only thing I'm concerned about that is the cameras around that place that's all, because like I said..I trust You, but I don't trust other people. I will still talk to you afterwards obviously but, we will feel out how far we go if that makes sense." THURBER then wrote:

> Well here's my idea, meet me at the stop sign at the end of your road and I will pull over and pick you up from there if that works for you? Or you can walk towards [redacted] Road and when I come up behind you you can hop in and we can go from there, whatever you want to do.

20. The UC asked THURBER, "Would we have to use like a condom?" THURBER responded, "if we make it that far hell yes, there's no way I'm going to show you the raw

8

feeling..absolutely not!! Because honestly [V-1], if we get to that point..not to sound weird but, I don't know if I will fit inside You and I don't want to put you through that Pain..but I do have a backup plan to show You what it feels like if we get to that point. I have a plan for when we start if you want to?? It will be special but it will be overwhelming at the same time..that's why we are going to go super slow and if you feel like it's too much, we will try again next time." THURBER continued, "The other plan is I use a finger and go back and forth, and the only reason why I say I don't think it will fit is because I have been told it's big so..but we can try it if you feel comfortable enough? I'm not going to pressure you into taking it. I will definitely get condoms though, and to show you an example of how big it is..I need to use XL condoms so." THURBER went on to explain that his "other plan" was "basically the same concept" as vaginal intercourse "just the real thing is bigger and more risky if your not careful (no protection) I'm not doing that to you because like I said..I don't want You to become a Teen Mom because then your life is over before it even starts so. I will explain the whole process once we are together on what it will feel like."

21.     THURBER and the UC then agreed to meet on March 17, 2026, at a specific, secluded location in the woods. THURBER told the UC, "I will let you know when I pull onto that road and once you hear me coming..tell me to slow down and then You can jump in and we can go, I'm in a black Minivan so..keep an eye out for that, but don't come out of the woods until you see me stopped because we don't need confusion." He further explained, "When we find a spot..we aren't just going to get started, we are going to look at our surroundings and feel it out and go from there..and if we need to go somewhere else we will, we got this."

22.     On March 17, 2026, the UC messaged THURBER that the UC was at the agreed upon location. THURBER did not respond to the UC immediately, but later that afternoon

9

THURBER messaged the UC "Hey [V-1], I'm sorry for the delayed response..work has been crazy today because of the storm last night and the wind today". After UC told THURBER she went to the meeting location, THURBER says "Yeah we will have to do a rain check unfortunately, but don't worry..I still have you back and I still stand on the promise I made you".

23.    THURBER left his residence at approximately 2:15 PM and drove to a gas station where he was taken into custody by members of the FBI. THURBER waived his *Miranda* rights and admitted that he intended to meet V-1 at the agreed upon to engage in vaginal intercourse with V-1. He knows that V-1 is 13 years old. THURBER communicated with V-1 for one year in way that was intended to make her more comfortable and to gain her trust. THURBER admitted that he was near V-1's house multiple times and on those occasions, he wanted to engage in intercourse with V-1. THURBER stated he and V-1 planned to meet on March 17th, but she was at the meeting location at 10 a.m. and he planned on waiting until after work at 4 p.m. THURBER stated he can't help that he is sexually attracted to V-1, that he intended for this to be more than a one-time thing, and that he would stop if V-1 told him to because he did not want to rape V-1.

24.    The sexual acts THURBER intended to engage in with whom he believed to be 13-year-old V-1 would constitute Rape in the Third Degree in violation of New York State Penal Law § 130.25(4) and (5), which makes it unlawful to engage in vaginal or oral sexual contact with another person who is less than seventeen years old when the actor is twenty-one years old or more. Rape in the third degree is a class E felony.

## CONCLUSION

25.    Based on the forgoing, there is probable cause to believe THURBER has attempted to violate Title 18, United States Code, Section 2422(b). I respectfully request that a criminal complaint be issued pursuant to this violation.

Attested to by:

Michelle Royal
Special Agent
Federal Bureau of Investigation

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on March 18 , 2026, in accordance with Rule 41 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge

11